JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL JOE ALDRETE, | ) Case No. CV 18-10800-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| CHRISTIAN PFEIFFER, Warden, | ) |
| Respondent. | ) |

　　Pursuant to the Memorandum Decision and Order Denying Petition and Dismissing Action with Prejudice,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 23, 2020

　　　　　　　　　　　　　　　/s/ Jean Rosenbluth
　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE